Elsie Hinman Dula v. Hibrighton Corporation and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Elfrida Mellish v. Atchison, Topeka and Santa Fe Railway Company.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

New York State Investing Company v. Charles Brady, as Superintendent, etc., and Others, Impleaded, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

William Jay Schieffelin v. William Kelliher and Others.— Motion granted. Settle order on notice.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

William Jay Schieffelin v. William Kelliher and Others.— Motion granted. Settle order on notice.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

George Rappaport v. Max Fanwick and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

William L. Woodward v. Edwin A. Stevens, Jr., and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

Carmine Adamo v. Union Stevedoring Corporation.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of Sol Gogel and Others against Philip V. Brown, an Attorney, etc.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Gulf Export and Transportation Company v. Produits Metallurgiques Anciens Etablissements Meiboom, et cie., Societe Anonyme.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Wadsworth Associates, Inc., v. Manhattan Mortgage Company.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Third Intermediate Judicial Settlement of the Account of Charles P. Hidden, as Committee of the Property, etc., of Henrietta Gardner Cattapani, an Incompetent Person.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

W. R. Grace & Company v. Hugo Jaburg and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Harry C. Tripplett and Others v. Grand Asher Distributing Corporation and Others, Impleaded with Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Helen Eckert v. Louis Reichardt.— Motion granted.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Gerald B. Rosenheim v. Amar Realty Corporation.— Motion denied, with ten dollars costs, and stay vacated.    Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.